```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        V.                    )    Criminal No. 10-00117-LTS
                              )
                              )
                              )
Eydris Adams, et al.          )
```

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the above-captioned matter.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

                                      By:  */s/: Emily Cummings*

                                      Emily Cummings
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      One Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3603

Dated: December 3, 2010

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 3, 2010.

                                         */s/: Emily Cummings*
                                         Emily Cummings
                                         Assistant U.S. Attorney

Dated: December 3, 2010